```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| JAMIE WALLACE, | : |
|        Petitioner, | :  Civil Action No. 17-616 (NLH) |
|        v. | :  OPINION |
| STATE OF NEW JERSEY, | : |
|        Respondent. | : |

APPEARANCES:
Jamie Wallace
631600 528048-B
N.J.S.P.
P.O. Box 861
Trenton, NJ 08625
    Petitioner Pro se

HILLMAN, District Judge

    Pro Se Petitioner Jamie Wallace files this writ of habeas corpus under 28 U.S.C. § 2254, which appears to challenge an unidentified New Jersey state court conviction.  The Petition is deficient for the following reasons.

1. **Proper Form**

    Local Civil Rule 81.2 provides:

> Unless prepared by counsel, petitions to this Court for a writ of *habeas corpus* . . . shall be in writing (legibly handwritten in ink or typewritten), signed by the petitioner or movant, on forms supplied by the Clerk.

L. Civ. R. 81.2(a).  Petitioner did not use the habeas form supplied by the Clerk for section 2254 petitions, *i.e.*, AO 241 (modified):DNJ-Habeas-008(Rev.01-2014).

**2.  Section 2254 Rules**

Pursuant to Rule 2 of the Rules Governing Section 2254 Cases in the United States District Courts, the petition must: "(1) specify all the grounds for relief available to the petitioner; (2) state the facts supporting each ground; (3) state the relief requested;…."  Petitioner has not stated his grounds for relief and supporting facts or even identified the conviction he is challenging.

**3.  Filing Fee**

Petitioner neither prepaid the $5.00 filing fee for a habeas petition as required by Local Civil Rule 54.3(a), nor did he submit an application to proceed in forma pauperis.

**Conclusion**

For the reasons stated above, the Court will administratively terminate this matter.  If Petitioner wishes to reopen this case, within 30 days, he must submit a complete, signed habeas petition on the correct form which names the

proper respondent and identifies his grounds for relief and the supporting facts.  He must also submit either the $5 filing fee or a complete in forma pauperis application.  An appropriate order follows.


Dated: February 14, 2017       s/ Noel L. Hillman
At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.